# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Patricia A. | District Court - RI | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>**to**<br>12/31/2015 |

**7. Chambers or Office Address**

Two Exchange Terrace
Providence RI 02903

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Directors of Roger Williams University School of Law |
| 2. | Manager and Member | ▨ |
| 3. | Director | Rhode Island Bar Foundation |
| 4. | Director | Rhode Island Chapter of Federal Bar Association |
| 5. | Adjunct Professor | Roger Williams University School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Roger Williams University School of Law (compensation for teaching) | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Citizens Bank (pension) |
| 2. 2015 | Bank of America (pension) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia A.** | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia A.** | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MFS Investment Management (Educational Funds) | A | Dividend | J | T | | | | | |
| 2.  --MFS Growth Allocation Fund B (MBGWX) | A | Dividend | J | T | | | | | |
| 3.  US Treasury EE Bonds | A | Interest | J | T | | | | | |
| 4.  Northwest Mutual Life Policy "Adjustable CompLife" | C | Dividend | M | T | | | | | |
| 5.  Minnesota Variable Group Universal Life Insurance Policy | A | Int./Div. | K | T | | | | | |
| 6.  --Janus Aspen Forty | A | Int./Div. | J | T | | | | | |
| 7.  --FID VIP Value | A | Int./Div. | | | Sold | | J | A | |
| 8.  --SFT "Pyramis" CEQ1 (X) | A | Int./Div. | J | T | Buy | | J | | |
| 9.  --Ivy VIP Value | A | Int./Div. | J | T | | | | | |
| 10.  --FID VIP Equity Income | A | Int./Div. | J | T | | | | | |
| 11.  --Janus Aspen OVES SS | A | Int./Div. | J | T | | | | | |
| 12.  Membership in ▇▇▇▇▇▇ | C | Distribution | M | U | | | | | |
| 13.  Sovereign Account | A | Interest | L | T | | | | | |
| 14.  Sovereign Account (X) | A | Interest | J | T | | | | | |
| 15.  Sovereign Money Market Account | A | Interest | L | T | | | | | |
| 16.  Schwab Account (IRA) | G | Int./Div. | P1 | T | | | | | |
| 17.  --Schwab Govt Money Fund (SWGXX) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Western Asset Macro Opportunities (LAOIX) | D | Dividend | M | T | Buy | 01/16/15 | M | | |
| 19. --Invesco Global Market Neutral (MKNYX) | A | Dividend | M | T | Buy | 01/16/15 | M | | |
| 20. --Charles Schwab Bank account | A | Interest | J | T | | | | | |
| 21. --Fidelity Floating Rate HI INCM (FFRHX) | D | Dividend | M | T | | | | | |
| 22. --First Eagle High Yield FD A (FEHAX) | D | Dividend | M | T | | | | | |
| 23. --Flexshares ETF IBoxx 3 Yr TRGT (TSTT) | A | Dividend | L | T | | | | | |
| 24. --Invesco Conv Securities FD CL (CNSAX) | C | Dividend | M | T | | | | | |
| 25. --Lord Abbett Short Duration (LALSZ) | A | Dividend | | | Sold | 01/16/15 | K | A | |
| 26. --Pimco 0-5 High Yield Corp B (HYS) | B | Dividend | K | T | | | | | |
| 27. --Putnam Absolute Return 300 FD (PYTRX) | D | Dividend | M | T | Sold (part) | 01/16/15 | L | A | |
| 28. --Fidelity ADV Emerging Mkts Inc (FMKAX) | C | Dividend | L | T | | | | | |
| 29. --SPDR INTL Government TIPS ETF (WIP) | A | Dividend | L | T | | | | | |
| 30. --Templeton Global Bond Fund (TGBAX) | D | Dividend | N | T | | | | | |
| 31. --First Eagle US Value Fund CL (FEVAX) | D | Dividend | N | T | | | | | |
| 32. --Goldman Sachs Small Mid Cap (GSMYX) | C | Dividend | M | T | Sold (part) | 01/16/15 | L | D | |
| 33. --Heartland Value Plus (HNVIX) | A | Dividend | | | Sold (part) | 01/16/15 | L | A | |
| 34. | | | | | Sold | 12/08/15 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Patricia A. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Powershares S&P ETF 500 Low VO (SPLV) | B | Dividend | M | T | Sold (part) | 01/16/15 | M | C | |
| 36. --Putnam Capital Spectrum FD CL (PVSAX) | D | Dividend | N | T | | | | | |
| 37. --Royce Special Equity FD Invest (RYSEX) | B | Dividend | K | T | Sold (part) | 12/09/15 | M | D | |
| 38. --Invesco All Cap Market Neutral (CPNYX) | E | Dividend | M | T | Buy | 01/16/15 | M | | |
| 39. | | | | | Buy | 12/11/15 | J | | |
| 40. --Schwab S&P 500 Selct Shs (SWPPX) | D | Dividend | N | T | Buy | 12/09/15 | M | | |
| 41. --First Eagle Overseas (SGOVX) | C | Dividend | M | T | | | | | |
| 42. --Ishares MSCI ETF Emerging MKTS (EEMV) | C | Dividend | M | T | | | | | |
| 43. --Powershares ETF S&P INTL (IDLV) | B | Dividend | L | T | | | | | |
| 44. --SCHW Intl SCAP ETF (SCHC) | C | Dividend | M | T | Sold (part) | 01/16/15 | K | D | |
| 45. --SPDR DJ Wilshire Intl Real Est (RWX) | C | Dividend | L | T | | | | | |
| 46. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | | | Sold | 01/16/15 | M | C | |
| 47. --IPath DJ AIG Commodity Index (DJP) | | None | | | Sold | 03/19/15 | J | A | |
| 48. --DFA INTL Small Cap Value (DISVX) | A | Dividend | K | T | | | | | |
| 49. --Lord Abbett Inflation Focused FD (LIFIX) | C | Dividend | M | T | | | | | |
| 50. --Loomis Sayles Senior Flting Rate & Fixed (LSFYX) | B | Dividend | K | T | Buy (add'l) | 01/16/15 | J | | |
| 51. --Putnam Capital Spectrum FD CL Y (PVSYX) | D | Dividend | N | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sullivan, Patricia A.** | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Harbor Capital Appreciation Instl (HACAX) | A | Dividend | | | Sold | 01/16/15 | K | A | |
| 53. --Hartford Global Bond (HWDYX) | A | Dividend | K | T | | | | | |
| 54. Schwab Account | E | Int./Div. | O | T | | | | | |
| 55. --Schwab Govt Money Fund | A | Int./Div. | L | T | | | | | |
| 56. --First Eagle US Value (FEVAX) | C | Dividend | L | T | | | | | |
| 57. --Fidelity ADV Emerging Mar (FMKAX) | A | Dividend | J | T | | | | | |
| 58. --IShares MSCI (EEMV) | A | Dividend | K | T | | | | | |
| 59. --DFA INTL Small Cap (DISVX) | A | Dividend | K | T | | | | | |
| 60. --Royce Special Equity (RYSEX) | B | Dividend | | | Sold (part) | 01/16/15 | J | C | |
| 61. | | | | | Sold | 12/09/15 | J | C | |
| 62. --First Eagle Overseas (SGOVX) | A | Dividend | K | T | | | | | |
| 63. --SPDR Nuveen Barclays (SHM) | A | Dividend | K | T | Sold (part) | 01/16/15 | K | A | |
| 64. --Schwab S&P 500 Select (SWPPX) | A | Dividend | K | T | | | | | |
| 65. --Templeton Global Bond Fund (TGBAX) | B | Dividend | L | T | | | | | |
| 66. --SPDR INTL Government (WIP) | A | Dividend | J | T | | | | | |
| 67. --MKT Vectors ETF (HYD) | B | Dividend | K | T | | | | | |
| 68. --Goldman Sachs Small Mid Cap (GSMYX ) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Lord Abbett Inflation (LIFIX) | B | Dividend | K | T | | | | | |
| 70. --Loomis Sayles Senior (LSFYX) | B | Dividend | K | T | | | | | |
| 71. --SPDR DJ Wilshire INTL Real Estate (RWX)) | A | Dividend | | | Sold | 01/16/15 | J | C | |
| 72. --Putnam Capital Spectrum (PVSYX) | B | Dividend | K | T | | | | | |
| 73. --SPDR DJ Wilshire REIT (RWR) | A | Dividend | J | T | Sold (part) | 01/16/15 | J | B | |
| 74. --JP Morgan Tax Aware Income Opp (JTASX) | A | Dividend | K | T | | | | | |
| 75. --Vanguard Interm Term Tax Exempt (VWIUX) | A | Dividend | K | T | Buy | 12/09/15 | K | | |
| 76. --Western Asset Macro Opportunities (LAOIX) | B | Dividend | K | T | Buy | 01/16/15 | K | | |
| 77. --Invesco All Cap Market Neutral (CPNYX) | C | Dividend | K | T | Buy | 01/16/15 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I:

Line 3:  Please see the letter from  the Committee on Codes of Conduct regarding the position listed on Line 3.

Part VII:

Line 5-11: This life insurance policy provides me with quarterly reports that show the cash value for the policy, the investment gain/loss for the policy and the "unit value" and "units held" in each "account" listed on Lines 6-11.  Each of the five accounts is 20% of the total.  The statements provide no information about the income earned in each account.  I have reported the income for the policy based on the total "investment gain/loss" as it appears in the year-end statement.  The income for the underlying accounts is an estimate based on 20% of the total.

Line 7-8:  The account listed on Line 7 (FID VIP Value) was "replaced" by the account (SFT "Pyramis" CEQ1) now listed on Line 8 at what appears from the records to have been a  $52.71 loss.  This apparently occurred in May 2014, and I inadvertently failed to note the replacement on my 2014 disclosure.

Line 12:  The asset listed on Line 12 is membership in an entity that has never made a distribution to its members. ; I use an estimate of the value of this use as"income."

Line 14:  and I both have checking accounts at Sovereign.  In prior reports, I had reported them together as a single account.  Because it is more accurate to report them as two separate accounts, I have broken them out on this report.  To be clear, the account now listed separately on Line 14 has always been included in my prior reports.

Line 15: This IRA is actually two accounts, one in my name and one in name, managed by the same person at Schwab.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544